DENNIS WAKS, Bar #142581
Acting Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SAVEOUN YIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-528 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SAVEOUN YIN, | ) | |
| | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |
| _____ | | |

This matter came before the Court for a Status Conference on January 10, 2006, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Richard Bender, defendant Odilon Rivera-Basurto was present, represented by Assistant Federal Defender Rachelle Barbour on behalf of Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for a status conference on January 31, 2006 @ 9:30a.m.

1  The parties agreed on the need for additional time to allow time
2 defense preparation.
3  IT IS ORDERED that this matter be continued to January 31, 2006 at
4 9:30 a.m. for a Status Conference.
5  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
6 (iv) and 18 U.S.C. §3161(h)(8)(A) the period from January 10, 2006, to
7 and including January 31, 2006, is excluded from the time computations
8 required by the Speedy Trial Act due to ongoing preparation of counsel.
9 DATED: January 26, 2006

10                                         /s/ Lawrence K. Karlton
                                            HONORABLE LAWRENCE K. KARLTON
11                                          Chief Judge Emeritus

16 Proposed order/Yin/05-528 LKK